**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-1623**

---

KENNETH O. MCHAM, SR.,

                                    Plaintiff - Appellant,

          versus

NORTH CAROLINA MUTUAL LIFE INSURANCE COMPANY;
BURT  COLLINS;  ROBERT  W.  NORRIS;  CARLTON
SPAULDING; CHARLES WELCH; FERRIS A. COLEMAN,

                                    Defendants - Appellees.

---

Appeal  from  the  United  States  District  Court  for  the  Middle
District  of  North  Carolina,  at  Durham.   N.  Carlton  Tilley,  Jr.,
District Judge.  (1:05-cv-01168-NCT)

---

Submitted:  October 1, 2007          Decided:  October 12, 2007

---

Before MICHAEL, TRAXLER, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Kenneth O. McHam, Sr., Appellant Pro Se.   Charles D. Watts, Jr.,
NORTH  CAROLINA  MUTUAL  LIFE  INSURANCE  COMPANY,  Durham,  North
Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth O. McHam, Sr., appeals from a district court order granting the Appellees' motion to dismiss and dismissing his civil rights complaint. We have reviewed the record and the district court's order and affirm for the reasons cited by the district court. See McHam v. N.C. Mutual Life Ins. Co., No. 1:05-cv-01168-NCT (M.D.N.C. June 11, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED